

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00542-CV

**TEXCO MEALS, LLC**; Francisco Pena, Jr., and Javier Perez,
Appellants

v.

**ACCION TEXAS, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04503
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  October 9, 2013

DISMISSED

Javier Perez filed a notice of appeal on August 8, 2013.  The clerk's record has not yet been

filed; therefore, it appears the other parties named as appellants have not filed a notice of appeal.

A filing fee of $175.00 was due from Mr. Perez when this appeal was filed but was not paid. *See*

TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a)(1) (West 2005); Texas Supreme Court Order

Regarding Fees Charged In Civil Cases In the Supreme Court and the Courts of Appeals (July 21,

1998) § B.1.(a). Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute or

Supreme Court order.  The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Accordingly, on September 6, 2013, this court ordered Mr. Perez to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee.  *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).  Our order informed Mr. Perez that if he failed to provide such written proof within the time ordered, this appeal would be dismissed.  *See* TEX. R. APP. P. 42.3.  Mr. Perez has not responded.  Accordingly, this appeal is dismissed.

PER CURIAM